**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Manuel LOPEZ–ARCEO, Defendant–Appellant.**

No. 06–30139.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted April 16, 2007.*

Filed April 20, 2007.

Pamela Jackson Byerly, Esq., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Tracy Staab, Federal Public Defender's Office, Spokane, WA, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Manuel Lopez–Arceo appeals from his sentence imposed following his guilty plea to illegal reentry of a deported alien in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we vacate and remand.

Lopez–Arceo contends that the district court improperly imposed an eight-level increase in his offense level under U.S.S.G. § 2L1.2(b)(1)(C) based on his prior convictions. In light of the Supreme Court's recent decision in *Lopez v. Gonzales,* —— U.S. ——, 127 S.Ct. 625, 633, 166 L.Ed.2d 462 (2006), the parties have filed a joint motion requesting that we remand the case for re-sentencing. We grant that motion, vacate the sentence, and remand for re-sentencing.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

The mandate shall issue forthwith.

**VACATED and REMANDED.**